IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br><br>　　　　　　Defendant. | Civil Action No. 1:10-cv-00651-JDB |

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, and all materials supporting that motion, and Defendant's opposition to that motion and all materials in support of that opposition, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED** that Sections 4(b) and 5 of the Voting Rights Act are declared unconstitutional; and it is further

**ORDERED** that Defendant Attorney General Eric H. Holder, Jr. is **ENJOINED** from enforcing Sections 4(b) and 5 of the Voting Rights Act.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

### **LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of this Order:

| | |
|---|---|
| Attorney General Eric H. Holder, Jr.<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | U.S. Attorney for the District of Columbia<br>501 Third Street, NW<br>Washington, DC 20001 |
| Bert W. Rein<br>William S. Consovoy<br>Thomas R. McCarthy<br>Brendan J. Morrissey<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC  20006 | Frank C. Ellis, Jr.<br>WALLACE, ELLIS, FOWLER & HEAD<br>113 North Main Street<br>Columbiana, AL  35051 |