IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>                    Plaintiff,<br>     v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>                    Defendant,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER,<br><br>                  Applicants for Intervention. | Civil Action No. 1:10-CV-651<br>( JDB) |

**ORDER GRANTING INTERVENORS'**
**MOTION TO INTERVENE AS DEFENDANTS**

This matter is before the Court on the Motion of Earl Cunningham, Harry Jones, Albert Jones, Ernest Montgomery, Anthony Vines and William Walker (collectively, "Proposed Intervenors"), by their undersigned counsel, to Intervene as defendants in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2).  In the alternative, Proposed Intervenors seek permissive intervention pursuant to Fed. R. Civ. P. 24(b).  Having considered the motion and other materials on file in the record, the Court in its discretion finds that just cause exists for the granting of such motion pursuant to:

_____.

1

Accordingly, it is ORDERED, that the Motion of Intervenors to intervene is hereby GRANTED pursuant to Fed. R.Civ. P. 24 _____.

_____

This ___ day of _____, 2010.