# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORTHWEST AUSTIN MUNICIPAL UTILITY DISTRICT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1384 (DST, PLF, EGS) |
| ALBERTO GONZALES, Attorney General of the United States, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

SCHEDULING ORDER

Based upon the Rule 16.3 Joint Report submitted to the Court, it is hereby ORDERED that

    1.    Any motion to amend the pleadings or join additional parties shall be made by February 1, 2007.

    2.    Fact discovery shall commence on December 18, 2006, and shall be completed by March 1, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

    3.    Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

    4.    Each party is limited to a maximum of 10 depositions.

5. As agreed to by the defendants and as reflected in the Defendants' November 29, 2006 Report in Response to the Court's Orders of November 16-17, 2006, the private defendant-intervenors (the NAACP parties, the Diaz parties, the Louis parties, Nathaniel Lesane, the Garcia parties, and People for the American Way) shall be treated collectively as if they were a single party for purposes of both written discovery and depositions.  Thus, for example, absent leave of Court, the private defendant-intervenors will collectively serve no more than 25 written interrogatories on any other party.

6. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by December 15, 2006.

7. Disclosures of all parties' retained experts pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure are due by January 16, 2007

8. Disclosures of any rebuttal experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by February 16, 2007.

9. Expert discovery and depositions of each party's retained experts shall be completed by April 9, 2007.

10. Dispositive motions shall be filed on or before April 16, 2007; oppositions by May 16, 2007; and replies, if any, by June 6, 2007.

11. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting the chambers of Judge Friedman.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

12. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge


_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: December 1, 2006