# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NORTHWEST AUSTIN MUNICIPAL          )
UTILITY DISTRICT,                   )
                                    )
        Plaintiff,                  )
                                    )
  v.                                )   Civil Action No. 06-1384 (DST, PLF, EGS)
                                    )
ALBERTO GONZALES,                   )
Attorney General of the United States, et al., )
                                    )
        Defendants.                 )
_____)

ORDER

        This matter is before the Court on the defendant-intervenors' unopposed motion to extend the briefing schedule by five weeks. The Court notes that although the parties do not request a change of the hearing date currently set for September 17, 2007, that date was set by this Court in reliance on the original briefing schedule and to ensure that there was ample time to review the parties' arguments in advance of that hearing. In view of these considerations, it is hereby

        ORDERED that the defendant-intervenors' motion to extend the briefing schedule [78] is GRANTED in part and DENIED in part; it is

        FURTHER ORDERED that the dispositive motion briefing schedule will be extended by four weeks; dispositive motions are due on or before May 15, 2007; oppositions are due on or before June 15, 2007; and replies, if any, are due on or before July 6, 2007; and it is

FURTHER ORDERED that further requests for extensions of time shall be looked upon with disfavor and shall not be granted unless the moving party or parties can demonstrate exceptional cause for doing so.

SO ORDERED.

_____/s/_____
DAVID S. TATEL
United States Circuit Judge

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: March 16, 2007