IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:10-0651 |
| ) | (JDB) |
| ERIC H. HOLDER, JR., ) | |
| in his official capacity as ATTORNEY ) | |
| GENERAL OF THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Memorandum in Opposition thereto, and supporting papers filed by the parties, the Court finds the Defendant is at this time unable to present facts essential to justify its opposition to the Plaintiff's Motion.  Accordingly, the Plaintiff's Motion for Summary Judgment is DENIED pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

The parties are hereby ORDERED to confer and propose to the Court within 10 days of this ORDER an appropriate discovery and briefing schedule.

SIGNED and ENTERED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE