UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELBY COUNTY, ALABAMA,**<br><br>      **Plaintiff,**<br><br>           v.<br><br>**ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>      **Defendant.** | Civil Action No.  10-0651 (JDB) |

## ORDER

Before the Court are motions to intervene by Earl Cunningham, et al., Bobby Pierson, et al., and Bobby Lee Harris.  Movants seek either intervention as of right, see Fed. R. Civ. P. 24(a), or permissive intervention, see Fed. R. Civ. P. 24(b)(1).  The parties do not oppose permissive intervention.  Accordingly, upon consideration of the motions, the parties' several memoranda, and the entire record herein, it is hereby

**ORDERED** that [6] Earl Cunningham, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that [26] Earl Cunningham, et al.'s proposed answer shall be deemed filed as of this date; it is further

**ORDERED** that [9] Bobby Pierson, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that [15] Bobby Pierson, et al.'s proposed answer shall be deemed filed as of

this date; it is further

**ORDERED** that [18] Bobby Lee Harris's motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that Bobby Lee Harris's proposed answer shall be deemed filed as of this date; and it is further

**ORDERED** that, by not later than September 3, 2010, plaintiff, defendant, and defendant-intervenors shall confer and jointly submit a proposed briefing schedule to govern further proceedings in this case.  To the extent the parties disagree on a proposed briefing schedule, they should so indicate.  Along with this joint proposed briefing schedule, defendants and defendant-intervenors shall submit a report discussing the steps they will take to avoid duplication of effort and to reduce redundant filings.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: <u>August 25, 2010</u>