IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br>201 West College Street<br>Columbiana, AL 35051<br><br>    Plaintiffs,<br><br>vs.<br><br>ERIC H. HOLDER, JR., in his<br>official capacity as ATTORNEY<br>GENERAL OF THE UNITED STATES,<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C.  20530<br><br>    Defendant,<br><br>and,<br><br>BOBBY PIERSON, WILLIE GOLDSMITH, SR.,<br>MARY PAXTON-LEE, KENNETH DUKES, and<br>ALABAMA STATE CONFERENCE OF THE<br>NATIONAL ASSOCIATION FOR THE<br>ADVANCEMENT OF COLORED PEOPLE, INC.<br><br>    Applicants for Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.: 1:10-cv-00651 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED INTERVENORS' INITIAL RESPONSIVE PLEADING**

Bobby Pierson, Willie Goldsmith, Sr., Mary Paxton-Lee, Kenneth Dukes, and Alabama State Conference of the National Association for the Advancement of Colored People, Inc. (collectively, "Proposed Intervenors"), by their undersigned counsel, hereby submit this Initial Responsive Pleading, pursuant to Fed. R. Civ. P. 24(c) and Local Civil Rule 7(j).

Plaintiff filed its Complaint on April 27, 2010, which was quickly followed by a Motion for Summary Judgment on June 8, 2010. Defendant, Attorney General Eric H. Holder, Jr., in his official

capacity, has yet to Answer or move. Proposed Intervenors seek to participate in this action as parties to defend the constitutionality of Sections 4(b) and (5) of the Voting Rights Act against Plaintiff's claim that they exceed Congressional authority. Plaintiff's Complaint, Motion for Summary Judgment, and supporting documents fail to establish, either as a matter of law or fact, that Sections 4(b) and (5) of the Voting Rights Act are unconstitutional.

If granted intervention, Proposed Intervenors will answer or move on the schedule agreed upon by the parties and this Court.

Dated: June 22, 2010

s/Meredith Bell-Platts
LAUGHLIN McDONALD
MEREDITH BELL-PLATTS
American Civil Liberties
 Union Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA  30303-1227
(404) 523-2721
(404) 653-0331 (fax)
lmcdonald@aclu.org
mbell@aclu.org

s/Arthur B. Spitzer
Arthur B. Spitzer (D.C. Bar. No. 235960)
American Civil Liberties Union of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel. (202) 457-0800
Fax (202) 452-1868
artspitzer@aol.com


Attorneys for Applicants

Laura D. Blackburne
Interim General Counsel
NAACP
4805 Mt. Hope Drive

        Baltimore, MD 21215-3297
        (410) 580-5791
        (410)358-9350 (fax)
        lblackburne@naacpnet.org

        Victor L. Goode
        Assistant General Counsel
        NAACP
        4805 Mt. Hope Drive
        Baltimore, MD 21215-3297
        (410) 580-5120
        (410) 358-9350 (fax)
        vgoode@naacpnet.org

        Attorneys for Applicant Alabama State Conference of the NAACP.

Allison E. Neal
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL  36104
(334) 265-2754
(334) 269-5666 (fax)
anaclual@bellsouth.net

Of Counsel