IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>*Plaintiff*,<br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>*Defendant*,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, EARNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER,<br><br>*Defendant-Intervenors*,<br><br>BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Defendant-Intervenors*,<br><br>and<br><br>BOBBY LEE HARRIS,<br><br>*Defendant-Intervenor*. | Civil Action No. 1:10-CV-651<br>(JDB) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendant-Intervenors' Memorandum in Opposition thereto, and supporting papers filed by the parties, the Court finds that Defendant-Intervenors are, at this time, unable to present facts essential to justify their opposition to the Plaintiff's Motion. Accordingly, the Plaintiff's Motion for Summary Judgment is DENIED

pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

      The parties are hereby ORDERED to confer and propose to the Court within 10 days of this ORDER an appropriate discovery and briefing schedule.

      SIGNED and ENTERED this _____ day of _____, 2010.

      _____
      UNITED STATES DISTRICT JUDGE