IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br><br>    Defendant.<br><br>EARL CUNNINGHAM, BOBBY PIERSON,<br>BOBBY LEE HARRIS, *et al.*,<br><br>    Defendant-Intervenors. | Civil Action No. 1:10-cv-00651-JDB |

## ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Opposition to the Motion for Summary Judgment, Plaintiff's Reply in Support of its Motion for Summary Judgment, Defendant-Intervenors' Opposition to Plaintiff's Motion for Summary Judgment, Plaintiff's Reply to Defendant-Intervenors' Opposition, and all other materials submitted in support of or in opposition to the motion, it is hereby

**ORDERED** that the Defendant's request for discovery pursuant to Federal Rule of Civil Procedure 56(f) is **DENIED**; and it is further

**ORDERED** that the Defendant and Defendant-Intervenors must submit a substantive opposition to Plaintiff's Motion for Summary Judgment no more than thirty (30) days after entry of this Order.

SO ORDERED.

                                                                                             _____
                                                                                              The Honorable John D. Bates
                                                                                              United States District Judge

## LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of this Order:

Bert W. Rein  
William S. Consovoy  
Thomas R. McCarthy  
Brendan J. Morrissey  
WILEY REIN LLP  
1776 K Street, NW  
Washington, DC  20006

Richard Alan Dellheim  
U.S. DEPARTMENT OF JUSTICE  
Civil Rights Division, Voting Section  
P.O. Box 65968  
Washington, DC  20008

Kristen M. Clarke  
NAACP LEGAL DEFENSE &  
EDUCATIONAL FUND, INC.  
1444 Eye Street, NW  
10th Floor  
Washington, DC  20005

Arthur B. Spitzer  
AMERICAN CIVIL LIBERTIES UNION  
1400 20th Street, NW  
Suite 119  
Washington, DC  20036-5920

Mark A. Posner  
LAWYERS' COMMITTEE FOR CIVIL RIGHTS  
1401 New York Avenue, NW  
Suite 400  
Washington, DC 20005