IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA,           )<br>                                                         )<br>            Plaintiff,                            )<br>                                                         )<br>vs.                                                    )   Case: 1:10-cv-00651 (JDB)<br>                                                         )<br>ERIC H. HOLDER, JR.,                   )<br>                                                         )<br>            Defendant,                        )<br>                                                         )<br>            and,                                    )<br>                                                         )<br>BOBBY PIERSON, WILLIE GOLDSMITH)<br>SR., KENNETH DUKES, MARY         )<br>PAXTON-LEE, and ALABAMA STATE )<br>CONFERENCE OF THE NAACP,    )<br>                                                         )<br>            Defendant-Intervenors.      )<br>_____ ) | |

**DEFENDANT-INTERVENORS' CROSS MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenors Bobby Pierson, et al., move the Court pursuant to Rule 56, F.R.Civ. P., for an Order granting them summary judgment that Sections 4(b) and 5 of the Voting Rights Act, 42 U.S.C. §§ 1973b(b) and 1973c, as amended in 2006, are constitutional. There is no genuine issue as to any material fact and Defendant-Intervenors are entitled to judgment as a matter of law.

Defendant-Intervenors are filing a memorandum in support of their cross motion for summary judgment and a proposed Order. Defendant-Intervenors are also filing with the other Defendant-Intervenors in this case a Joint Statement of Material Fact As to Which There Is no Genuine Issue, and a Joint Notice of Lodging of Legislative History Documents.

Respectfully submitted,

s/Laughlin McDonald

_____

LAUGHLIN McDONALD
NANCY ABUDU
American Civil Liberties
Union Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303-1227
(404) 523-2721
(404) 653-0331 (fax)
lmcdonald@aclu.org
mbell@aclu.org

s/Arthur B. Spitzer

_____

Arthur B. Spitzer (D.C. Bar. No. 235960)
American Civil Liberties Union of the
Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel. (202) 457-0800
Fax (202) 452-1868
artspitzer@aol.com

Attorneys for Defendant-Intervenors

Laura D. Blackburne
Interim General Counsel
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
(410) 580-5791
(410)358-9350 (fax)
lblackburne@naacpnet.org

Victor L. Goode
Assistant General Counsel
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
(410) 580-5120
(410) 358-9350 (fax)
vgoode@naacpnet.org

Attorneys for Defendant-Intervenor
Alabama State Conference of the NAACP.

Allison E. Neal
American Civil Liberties Union of Alabama
207 Montgomery Street, Suite 910
Montgomery, AL 36104
(334) 265-2754
(334) 269-5666 (fax)
anaclual@bellsouth.net

Of Counsel