IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC H. HOLDER, JR., )<br>)<br>Defendant, )<br>)<br>and, )<br>)<br>BOBBY PIERSON, et al., )<br>)<br>Defendant-Intervenors. )<br>_____ ) | Case: 1:10-cv-00651 (JDB) |

**ORDER ON MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the motion of Defendant-Intervenors Bobby Pierson, et al., for an Order granting them summary judgment that Sections 4(b) and 5 of the Voting Rights Act, 42 U.S.C. §§ 1973b(b) and 1973c, as amended in 2006, are constitutional, and based upon the material submitted in support of the motion, it is hereby:

ORDERED that Defendant-Intervenors' motion for summary judgment is GRANTED, and it is further

ORDERED that Sections 4(b) and 5 of the Voting Rights Act as amended in 2006 are constitutional, and it is further

ORDERED that Plaintiff's motion for summary judgment that Sections 4(b) and 5 of the Voting Rights Act as amended in 2006 are unconstitutional is DENIED.

AND IT IS SO ORDERED.

                                                                                       _____  
                                                                                       United States District Judge