IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHELBY COUNTY, ALABAMA,        ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| )        Civil Action No. | |
| ERIC H. HOLDER, Jr.,       )        1:10-cv-00651-JDB | |
| in his official capacity as       ) | |
| Attorney General of the       ) | |
| United States,       ) | |
| ) | |
| Defendant       ) | |
| ) | |

**ORDER**

Upon consideration of the cross-motions for summary judgment filed under Rule 56, Fed. R. Civ. P., by all parties to this action, and upon consideration of the record as a whole in this action, the Court hereby concludes that:

The preclearance requirement of Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c, and the coverage formula contained in Section 4(b) of the Voting Rights Act, *id.* § 1973b(b), are constitutional exercises of Congressional power.  *See Lopez v. Monterey Cnty.*, 525 U.S. 266, 282-285 (1999); *City of Rome v. United States*, 446 U.S. 156, 177-178 (1980); *Georgia v. United States*, 411 U.S. 526, 535 (1973); *South Carolina v. Katzenbach*, 383 U.S. 301, 337 (1966); *Reaves v. U.S. Dep't of Justice*, 355 F. Supp. 2d 510, 516 (D.D.C. 2005); *Giles v. Ashcroft*, 193 F. Supp. 2d 258 (D.D.C. 2002); *Cnty. Council of Sumter Cnty. v. United States*, 555 F. Supp. 694, 707 (D.D.C. 1983).

There is no genuine issue of material fact, and Defendant and Defendant-Intervenors are entitled to judgment as a matter of law.

Accordingly, it is **ORDERED** that:

The Motions for Summary Judgment filed by the Attorney General and Defendant-Intervenors are **GRANTED**.

The Motion for Summary Judgment filed by Plaintiff is **DENIED**.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Dated: _____