IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHELBY COUNTY, ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| ERIC H. HOLDER, Jr., ) | 1:10-cv-00651-JDB |
| in his official capacity as ) | |
| Attorney General of the ) | |
| United States, ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**


RONALD C. MACHEN, JR.            THOMAS E. PEREZ
United States Attorney           Assistant Attorney General
District of Columbia

                                 SAMUEL R. BAGENSTOS
                                 JULIE A. FERNANDES
                                 Deputy Assistant Attorneys General

                                 T. CHRISTIAN HERREN, JR.
                                 DIANA K. FLYNN
                                 RICHARD DELLHEIM (lead counsel)
                                 LINDA F. THOME
                                 ERNEST A. MCFARLAND
                                 JARED M. SLADE
                                 JUSTIN WEINSTEIN-TULL
                                 Civil Rights Division
                                 U.S. Department of Justice
                                 950 Pennsylvania Avenue, N.W.
                                 NWB- Room 7264
                                 Washington, D.C. 20530
                                 Telephone: (202) 305-1734
                                 Facsimile: (202) 307-3961

Plaintiff brought this action alleging that Section 4(b) and Section 5 of the Voting Rights Act, 42 U.S.C. 1973b(b) and 1973c, are unconstitutional. Pursuant to Rule 56(b), Defendant Eric H. Holder, Jr., respectfully moves this Court for an order granting summary judgment to him as to both of Plaintiff's claims.

A moving party is entitled to summary judgment where, as here, "the pleadings, the discovery and disclosure materials on file, and any affidavits, show that there is no genuine issue as to any material fact and that the movant is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c)(2); Local Civ. R. 7(h); *see also Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 249-250 (1986); *Arrington v. United States,* 473 F.3d 329, 333 (D.C. Cir. 2006). Because there is no genuine triable issue as to any material fact before this Court, the Attorney General is entitled to judgment as a matter of law.

In support of this motion, the Attorney General submits a Statement of Undisputed Material Facts, with accompanying exhibits, and a Memorandum of Points and Authorities in support of the Motion. In accord with the Court's October 29, 2010 Scheduling Order (Dkt. 46), the Attorney General's Memorandum is consolidated with his Opposition to the Plaintiff's Motion for Summary Judgment.

Date:  November 15, 2010

                                                        Respectfully submitted,

| | |
|---|---|
| RONALD C. MACHEN, JR.<br>United States Attorney<br>District of Columbia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br><br>SAMUEL R. BAGENSTOS<br>JULIE A. FERNANDES<br>Deputy Assistant Attorneys General<br><br>/s/*Richard Dellheim*<br>T. CHRISTIAN HERREN, JR.<br>DIANA K. FLYNN<br>RICHARD DELLHEIM (lead counsel)<br>LINDA F. THOME<br>ERNEST A. MCFARLAND<br>JARED M. SLADE<br>JUSTIN WEINSTEIN-TULL<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB- Room 7264<br>Washington, D.C. 20530<br>Telephone: (202) 305-1734<br>Facsimile: (202) 307-3961 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2010, I served a true and correct copy of the foregoing Motion for Summary Judgment, a Statement of Undisputed Material Facts, a Memorandum of Points and Authorities in support thereof (consolidated with the Attorney General's Opposition to the Plaintiff's Motion for Summary Judgment), and accompanying exhibits via the Court's ECF filing system to the following counsel of record:

William S. Consovoy
Thomas R. McCarthy
Brendan J. Morrissey
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7434
Fax: (202) 719-7049
*Counsel for Plaintiff*

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036-5920
Phone: (202) 457-0800 x113
Fax: (202) 452-1868
*Counsel for Movant-intervenors*

Kristen M. Clarke
NAACP Legal Defense
& Education Fund, Inc.
1444 Eye Street, NW
10th Floor
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
*Counsel for Movant-intervenors*

            */s/ Richard Dellheim*
            Richard Dellheim
            Voting Section
            Civil Rights Division
            U.S. Department of Justice
            950 Pennsylvania Avenue, N.W.
            Washington, D, C, 20530
            (202) 305-1734