IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>   Plaintiff,<br><br> v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>   Defendant,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER,<br><br>   Defendant-Intervenors,<br><br>BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>   Defendant-Intervenors,<br>and<br><br>BOBBY LEE HARRIS,<br><br>   Defendant-Intervenor. | Civil Action No. 1:10-CV-651<br><br>(JDB) |

**DEFENDANT-INTERVENOR HARRIS' MOTON FOR SUMMARY JUDGMENT**

  Pursuant to Fed. R. Civ. P. 56 and for the reasons set forth in the accompanying Memorandum, Defendant-Intervenor Bobby Lee Harris hereby moves for summary judgment as to all claims asserted by Plaintiff Shelby County, Alabama. In support of his motion, Defendant-Intervenor also relies on Defendant-Intervenors' Joint Statement of Material Facts as to Which There is No Genuine Issue, which is being filed contemporaneously with the Court. A proposed order also is attached.

2

| | |
|---|---|
| November 15, 2010 | Respectfully submitted, |

*Mark A. Posner*
JON M. GREENBAUM (D.C. Bar No. 489887)
ROBERT A. KENGLE
MARCIA JOHNSON-BLANCO
MARK A. POSNER (D.C. Bar No. 457833)
Lawyers' Committee for Civil Rights
 Under Law
1401 New York Avenue, NW
Suite 400
Washington, DC 20005
Tel. (202) 662-8325
Fax (202) 783-0857
jgreenbaum@lawyerscommittee.org
bkengle@lawyerscommittee.org
mblanco@lawyerscommittee.org
mposner@lawyerscommittee.org

JOHN M. NONNA (pending pro hac vice admission)
AUTUMN KATZ(pending pro hac vice admission)
DANIEL STABILE (pending pro hac vice admission)
DAVID COOPER (pending pro hac vice admission)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel. (212) 259-8311
Fax (212) 649-9461

*Attorneys for Defendant-Intervenor Harris*

Certificate of Service

      I hereby certify that on November 15, 2010, I served a copy of the foregoing Motion, and the accompanying proposed order and Memorandum in Support through the District Court's ECF system on all counsel of record.

*Mark A. Posner*
Counsel for Defendant-Intervenor Harris