## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>        Defendant,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER,<br><br>        Defendant-Intervenors,<br><br>BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>        Defendant-Intervenors,<br>and<br><br>BOBBY LEE HARRIS,<br><br>        Defendant-Intervenor. | Civil Action No. 1:10-CV-651<br><br>(JDB) |

## **ORDER**

Upon consideration of the pending motions for summary judgment, and all materials supporting and opposing these motions, it is hereby:

**ORDERED** that Defendant's and Defendant-Intervenors' Motions for Summary Judgment are **GRANTED**; and it is further

**ORDERED** that Sections 4(b) and 5 of the Voting Rights Act, 42 U.S.C. §§ 1973b(b), 1973c, are declared constitutional.

_____
The Honorable John D. Bates
United States District Judge