IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>*Plaintiff*,<br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>*Defendant*,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER; BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and the ALABAMA STATE CONFERENCE OF THE NAACP; and BOBBY LEE HARRIS,<br><br>*Defendant-Intervenors*. | Civil Action No. 1:10-CV-651<br>(JDB) |

### DEFENDANT-INTERVENORS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant-Intervenors Earl Cunningham, Harry Jones, Albert Jones, Ernest Montgomery, Anthony Vines and William Walker (the "Cunningham Defendant-Intervenors") move for summary judgment in this case. The grounds for this motion are set forth in the accompanying Consolidated Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant-Intervenors' Cross-Motion for Summary Judgment; Defendant-Intervenors' Joint Statement Of Material Facts As To Which There Is No Genuine Issue; and the Declaration of Ernest Montgomery.

        Respectfully submitted,

        _____/s/ Kristen M. Clarke_____
John Payton
  *Director-Counsel*
Debo P. Adegbile
Kristen M. Clarke (D.C. Bar No. 973885)
Ryan P. Haygood
Dale E. Ho
NAACP Legal Defense and
  Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
(212) 965-2200

Samuel Spital
Squire, Sanders & Dempsey L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 872-9800

*Counsel for Cunningham
Defendant-Intervenors*