IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY COUNTY, ALABAMA

*Plaintiff*,

v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America

*Defendant*,

EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER; BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and the ALABAMA STATE CONFERENCE OF THE NAACP; and BOBBY LEE HARRIS,

*Defendant-Intervenors*.

Civil Action No. 1:10-CV-651
(JDB)

## [PROPOSED] ORDER

This matter, having come before the Court upon the parties' Cross Motions for Summary Judgment, and the Court having read and considered the motions, memoranda of points and authorities in support, and other materials submitted in support thereof and in opposition thereto, it is hereby:

Ordered that the Motion for Summary Judgment of Defendant-Intervenors Earl Cunningham, Harry Jones, Albert Jones, Earnest Montgomery, Anthony Vines and William Walker is GRANTED, and this case is dismissed with prejudice.

It is SO ORDERED this ____ day of _____ 2011.

_____
JOHN D. BATES
United States District Judge