**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHELBY COUNTY, ALABAMA,

Plaintiff,

v.

ERIC H. HOLDER, JR.,
in his official capacity as
ATTORNEY GENERAL OF THE
UNITED STATES,

Defendant,

EARL CUNNINGHAM, BOBBY PIERSON,
BOBBY LEE HARRIS, *et al*.,

Defendant-Intervenors.

Civil Action No. 1:10-cv-00651-JDB

**ORDER**

Upon consideration of the cross-motions for summary judgment filed under Federal Rule of Civil Procedure 56 by all parties to this action and the materials submitted in support of and in opposition to the motions, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that the Cross-Motions for Summary Judgment filed by Defendant and Defendant-Intervenors are **DENIED**; and it is further

**ORDERED** that Sections 4(b) and 5 of the Voting Rights Act are declared unconstitutional; and it is further

**ORDERED** that Defendant Attorney General Eric H. Holder, Jr. is **ENJOINED** from enforcing Sections 4(b) and 5 of the Voting Rights Act.

**SO ORDERED**.

________________________________
The Honorable John D. Bates
United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of this Order:

Bert W. Rein
William S. Consovoy
Thomas R. McCarthy
Brendan J. Morrissey
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

Richard Alan Dellheim
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division, Voting Section
P.O. Box 65968
Washington, DC 20008

Kristen M. Clarke
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
1444 Eye Street, NW
10th Floor
Washington, DC 20005

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036-5920

Mark A. Posner
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS
1401 New York Avenue, NW
Suite 400
Washington, DC 20005

Samuel Spital
SQUIRE, SANDERS & DEMPSEY, LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

Laughlin McDonald
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303

John M. Nonna
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092