UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELBY COUNTY, ALABAMA,**<br><br>    **Plaintiff,**<br><br>            v.<br><br>**ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>    **Defendant.** | Civil Action No.  10-0651 (JDB) |

## ORDER

Upon consideration of [5] Shelby County's motion for summary judgment, [54] the Attorney General's motion for summary judgment, [47], [55], [58] the motions for summary judgment filed by defendant-intervenors, the various memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [54] the Attorney General's motion for summary judgment and [47], [55], [58] the motions for summary judgment filed by defendant-intervenors are hereby **GRANTED**; and it is further

**ORDERED** that [5] Shelby County's motion for summary judgment is **DENIED**.

**SO ORDERED**.

              /s/              
           JOHN D. BATES
      United States District Judge

Dated: September 21, 2011