IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>                  Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, et al.,<br><br>                  Defendants. | Civil Action No. 1:10-cv-00651-JDB |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

       Pursuant to Federal Rule of Civil Procedure 54(d)(2) and 42 U.S.C. § 1973*l*(e), Plaintiff Shelby County, Alabama ("Shelby County" or "Plaintiff") hereby requests that the Court award it attorney's fees in the amount of $2 million and litigation expenses in the amount of $10,000.00. As set forth in more detail in the accompanying memorandum in support and accompanying exhibits, a fee award is warranted in this case because: this is an "action or proceeding to enforce the voting guarantees of the fourteenth [and] fifteenth amendment[s]"; Shelby County is the "prevailing party" in this action; no special circumstances warrant a denial; and the results obtained were exceptional. The United States and Defendant-Intervenors have indicated that they will oppose Shelby County's fee petition.

       WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plantiff's request for an award of attorney's fees of $2 million and costs of $10,000.

Dated:  October 25, 2013 Respectfully submitted,

/s/ Bert W. Rein

Bert W. Rein* (D.C. Bar No. 067215)
William S. Consovoy (D.C. Bar No. 493423)
Thomas R. McCarthy (D.C. Bar No. 489651)
Brendan J. Morrissey (D.C. Bar No. 973809)
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel.: (202) 719-7000
Fax: (202) 719-7049

Frank C. Ellis, Jr.
WALLACE, ELLIS, FOWLER & HEAD
113 North Main Street
Columbiana, AL  35051
Tel.: (205) 669-6783
Fax: (205) 669-4932

*Counsel of Record*