**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:10-cv-00651-JDB |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

**EXHIBIT B**

**HOURLY RATES DEEMED "REASONABLE" IN**

***McKESSON CORP. V. ISLAMIC REPUBLIC OF IRAN*, NO. 82-cv-00220**



## Winston & Strawn LLP
## Billing Rates for Washington, D.C. Office
## For Attorneys & Paralegals in 2012

| Rank | Experience Level | Average (Mean) 2012 Rate |
|---|---|---|
| Partner | > 35 Years | $794 |
| | 31 - 35 Years | $778 |
| | 26 - 30 Years | $757 |
| | 21 - 25 Years | $723 |
| | 16 - 20 Years | $673 |
| | 11 - 15 Years | $607 |
| Of Counsel | > 30 Years | $735 |
| | < 30 Years | $600 |
| Associate | Associate – 9th+ Years | $590 |
| | Associate – 8th Year | $575 |
| | Associate – 7th Year | $555 |
| | Associate – 6th Year | $525 |
| | Associate – 5th Year | $495 |
| | Associate – 4th Year | $460 |
| | Associate – 3rd Year | $425 |
| | Associate – 2nd Year | $390 |
| | Associate – 1st Year | $370 |
| Foreign Associate | N/A | $370 |
| Summer Associate | N/A | $370 |
| Paralegal | N/A | $252 |

**Notes:**
(a) Partner experience level based on Grad Year information.
(b) Associate experience level based on W&S Class Year information.
(c) Associate average rate calculation excludes Staff Attorneys.