IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>        Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, et al.,<br><br>        Defendants. | Civil Action No. 1:10-cv-00651-JDB |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

**EXHIBIT C**

**FULBRIGHT & JAWORSKI AND COVINGTON & BURLING RATES**

**CLAIMED IN *ANIMAL WELFARE INST. V. FELD ENTM'T, INC.*, No. 03-cv-2006**

Lodestar Calculation as to Timekeepers with 100 or More Billed Hours: December 1, 2005 through March 31, 2013
"Current Timekeepers:" Timekeepers (Current and Former) with Standard Rates for 2012
"Former Timekeepers:" Timekeepers No Longer with the Firm with No Standard Rates for 2012

| ID | Timekeeper Name | Title | Employment Terminated | Hours Billed | Hours Excluded | Billed Hours Net of Exclusions | Current (2012) Rate | Value of Net Billed Hours At Current Rate |
|---|---|---|---|---|---|---|---|---|
| 00431 | Simpson, John M. | Partner | Current | 7,572.70 | 462.50 | 7,110.20 | 825.00 | 5,865,915.00 |
| 09067 | Pardo, Michelle C. | Partner | Current | 6,908.75 | 680.10 | 6,228.65 | 645.00 | 4,017,479.25 |
| 13761 | Petteway, Kara Lynn | Sr Associate | Current | 5,441.35 | 38.00 | 5,403.35 | 500.00 | 2,701,675.00 |
| 00377 | Small, Joseph T. | Retired Partner/Of Counsel | Current | 2,292.25 | 1,248.75 | 1,043.50 | 885.00 | 923,497.50 |
| 13241 | Jackson, Pamela Jean | Sr Paralegal | Current | 1,061.29 | 30.25 | 1,031.04 | 225.00 | 231,984.00 |
| 12640 | Hanson, Andre Timothy | Sr Counsel | Current | 1,005.50 | 8.75 | 996.75 | 510.00 | 508,342.50 |
| 12157 | Fritz, Mary | Spcl Consultant | Current | 808.00 | 45.25 | 762.75 | 550.00 | 419,512.50 |
| 14572 | Bazan, Rebecca Eileen | Associate | Current | 645.50 | 6.00 | 639.50 | 340.00 | 217,430.00 |
| 12414 | Emery, Mark Thomas | Sr Associate | Current | 362.35 | 0.00 | 362.35 | 500.00 | 181,175.00 |
| 13673 | Franklin, Jonathan S. | Partner | Current | 214.15 | 0.00 | 214.15 | 825.00 | 176,673.75 |
| 13992 | Batchelor, John Casey | Associate | Current | 133.25 | 0.00 | 133.25 | 375.00 | 49,968.75 |
| 13603 | Coleman, Jesse Maughan | Sr Associate | Current | 118.00 | 0.00 | 118.00 | 400.00 | 47,200.00 |
| 14508 | DeMarco, Tracy Nicole Stewart | Associate | Current | 103.25 | 0.00 | 103.25 | 340.00 | 35,105.00 |
| 05060 | Shea, Lance L. | Former Partner | 04/05/13 | 3,229.50 | 57.88 | 3,171.62 | 745.00 | 2,362,856.90 |
| 09947 | Hardin, Julie Alleen | Former Partner | 03/18/13 | 471.00 | 1.50 | 469.50 | 535.00 | 251,182.50 |
| | Total Current Timekeepers | | | | | | | 17,989,997.65 |

| ID | Timekeeper Name | Title | Employment Terminated | Fees Billed | Billed Value of Excluded Amounts | Billed Fees Net of Exclusions |
|---|---|---|---|---|---|---|
| 14199 | Breckenridge, Tillman James | Sr Associate | 06/30/11 | 40,341.86 | 0.00 | 40,341.86 |
| 13558 | Jensen, Mark L. | Associate | 04/15/11 | 19,308.91 | 317.86 | 18,991.05 |
| 11378 | Nearhoof, Heather Ann | Prac Support | 04/08/11 | 32,885.88 | 0.00 | 32,885.88 |
| 11448 | Scheinkman, Rena S. | Sr Associate | 10/01/10 | 30,657.94 | 1,755.00 | 28,902.94 |
| 12704 | Seuell, Ashley Elizabeth | Sr Associate | 09/27/10 | 206,463.62 | 8,428.94 | 198,034.68 |
| 12723 | Gainey, Shameka L. | Associate | 03/31/10 | 112,201.66 | 9,275.53 | 102,926.13 |
| 01632 | McGovern, Kristin Lee | Sr Associate | 03/31/10 | 58,482.20 | 1,906.40 | 56,575.80 |
| 01880 | Joiner, Lisa Zeiler | Partner | 03/05/10 | 2,720,550.12 | 76,282.14 | 2,644,267.98 |
| 11904 | Simon, Joel C. | Associate | 01/07/10 | 88,677.00 | 1,077.74 | 87,599.26 |
| 14632 | Fuller, Patrick Denis | Paralegal | 09/04/09 | 115,203.40 | 163.78 | 115,039.62 |
| 13351 | Thompson, Chad Allen | Summ Associate | 08/07/09 | 133,577.76 | 495.08 | 133,082.68 |
| 11409 | Gasper, George Andrew | Sr Associate | 08/01/08 | 716,350.60 | 6,243.26 | 710,107.34 |
| 01092 | Hartman, Joseph Edward | Sr Associate | 04/02/08 | 231,540.78 | 76.62 | 231,464.16 |
| 11924 | Warlick, Sarah Elizabeth | Associate | 01/11/08 | 252,039.64 | 12,213.43 | 239,826.21 |
| | Total Former Timekeepers | | | | | 4,640,045.59 |
| | **Total Lodestar Amount Claimed (Fulbright & Jaworski LLP)** | | | | | **22,630,043.24** |

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| John M. Simpson | Partner | 1978 | 2005 | 525.00 | 505.00 | 43.75 | 22,093.75 | 439.60 | 43.75 | 19,232.33 |
| | | | 2006 | 575.00 | 505.00 | 1,141.50 | 576,457.50 | 462.10 | 1,141.50 | 527,487.79 |
| | | | 2007 | 635.00 | 570.00 | 1,333.75 | 760,237.50 | 536.42 | 1,333.75 | 715,451.29 |
| | | | 2008 | 680.00 | 620.00 | 1,864.00 | 1,155,680.00 | 635.69 | 1,864.00 | 1,184,934.51 |
| | | | 2009 | 715.00 | 660.00 | 1,517.25 | 1,001,385.00 | 640.98 | 1,517.25 | 972,525.83 |
| | | | 2010 | 750.00 | 715.00 | 525.25 | 375,553.75 | 715.00 | 525.25 | 375,553.75 |
| | | | 2011 | 800.00 | 715.00 | 470.20 | 336,193.00 | 703.95 | 470.20 | 330,998.91 |
| | | | 2012 | 825.00 | 800.00 | 584.30 | 467,440.00 | 800.00 | 584.30 | 467,440.00 |
| | | | 2013 | 850.00 | 825.00 | 92.70 | 76,477.50 | 825.00 | 92.70 | 76,477.50 |
| **John M. Simpson Total** | | | | **687.94** | **630.09** | **7,572.70** | **4,771,518.00** | **616.70** | **7,572.70** | **4,670,101.91** |
| Michelle C. Pardo | Partner | 1997 | 2005 | 370.00 | 370.00 | 13.00 | 4,810.00 | 322.08 | 13.00 | 4,187.05 |
| | | | 2006 | 415.00 | 415.00 | 1,598.50 | 663,377.50 | 375.84 | 1,598.50 | 600,776.93 |
| | | | 2007 | 485.00 | 415.00 | 1,657.25 | 687,758.75 | 378.32 | 1,657.25 | 626,973.03 |
| | | | 2008 | 535.00 | 465.00 | 1,130.75 | 525,798.75 | 430.90 | 1,130.75 | 487,239.85 |
| | | | 2009 | 560.00 | 520.00 | 1,604.75 | 834,470.00 | 509.27 | 1,604.75 | 817,248.50 |
| | | | 2010 | 590.00 | 560.00 | 227.50 | 127,400.00 | 560.00 | 220.00 | 123,200.00 |
| | | | 2011 | 625.00 | 590.00 | 40.80 | 24,072.00 | 585.08 | 40.80 | 23,871.39 |
| | | | 2012 | 645.00 | 625.00 | 547.30 | 342,062.50 | 625.00 | 547.30 | 342,062.50 |
| | | | 2013 | 675.00 | 645.00 | 96.40 | 62,178.00 | 645.00 | 96.40 | 62,178.00 |
| **Michelle C. Pardo Total** | | | | **513.77** | **473.08** | **6,916.25** | **3,271,927.50** | **446.93** | **6,908.75** | **3,087,737.25** |
| Lisa Zeiler Joiner | Partner | 1996 | 2005 | 380.00 | 355.00 | 7.25 | 2,573.75 | 309.02 | 7.25 | 2,240.42 |
| | | | 2006 | 435.00 | 355.00 | 1,107.25 | 393,073.75 | 326.64 | 1,107.25 | 361,677.50 |

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Lisa Zeiler Joiner | Partner | 1996 | 2007 | 490.00 | 435.00 | 1,062.50 | 462,187.50 | 412.31 | 1,062.50 | 438,074.23 |
| | | | 2008 | 535.00 | 500.00 | 2,138.75 | 1,069,375.00 | 512.27 | 2,138.75 | 1,095,626.05 |
| | | | 2009 | 565.00 | 535.00 | 1,510.00 | 807,850.00 | 524.41 | 1,510.00 | 791,856.92 |
| | | | 2010 | 595.00 | 565.00 | 55.00 | 31,075.00 | 565.00 | 55.00 | 31,075.00 |
| **Lisa Zeiler Joiner Total** | | | | **516.11** | **470.37** | **5,880.75** | **2,766,135.00** | **462.62** | **5,880.75** | **2,720,550.12** |
| Kara Lynn Petteway | Sr Associate | 2005 | 2006 | 240.00 | 240.00 | 195.75 | 46,980.00 | 226.83 | 195.75 | 44,402.48 |
| | | | 2007 | 290.00 | 240.00 | 1,424.50 | 341,880.00 | 219.49 | 1,424.50 | 312,661.34 |
| | | | 2008 | 335.00 | 300.00 | 1,842.50 | 552,750.00 | 267.15 | 1,842.50 | 492,219.25 |
| | | | 2009 | 370.00 | 335.00 | 1,327.75 | 444,796.25 | 319.01 | 1,242.00 | 396,215.57 |
| | | | 2010 | 390.00 | 365.00 | 25.50 | 9,307.50 | 365.00 | 25.50 | 9,307.50 |
| | | | 2012 | 500.00 | 400.00 | 679.10 | 271,640.00 | 400.00 | 679.10 | 271,640.00 |
| | | | 2013 | 550.00 | 500.00 | 32.00 | 16,000.00 | 500.00 | 32.00 | 16,000.00 |
| **Kara Lynn Petteway Total** | | | | **350.22** | **304.56** | **5,527.10** | **1,683,353.75** | **283.47** | **5,441.35** | **1,542,446.14** |
| Lance L. Shea | Partner | 1989 | 2008 | 610.00 | 610.00 | 1,715.00 | 1,046,150.00 | 619.37 | 1,715.00 | 1,062,222.87 |
| | | | 2009 | 645.04 | 610.00 | 1,514.50 | 923,845.00 | 594.00 | 1,514.50 | 899,615.02 |
| **Lance L. Shea Total** | | | | **626.43** | **610.00** | **3,229.50** | **1,969,995.00** | **607.47** | **3,229.50** | **1,961,837.89** |
| George Andrew Gasper | Sr Associate | 2003 | 2006 | 295.00 | 295.00 | 600.00 | 177,000.00 | 268.87 | 600.00 | 161,323.50 |
| | | | 2007 | 350.00 | 305.00 | 1,311.25 | 399,931.25 | 284.07 | 1,236.00 | 351,105.63 |
| | | | 2008 | 390.00 | 350.00 | 885.75 | 310,012.50 | 369.59 | 551.75 | 203,921.47 |
| **George Andrew Gasper Total** | | | | **350.87** | **317.11** | **2,797.00** | **886,943.75** | **300.01** | **2,387.75** | **716,350.60** |
| Joseph T. Small | Of Counsel | 1975 | 2005 | 570.00 | 550.00 | 16.75 | 9,212.50 | 478.74 | 16.75 | 8,018.95 |
| | | | 2006 | 615.00 | 550.00 | 585.75 | 322,162.50 | 499.55 | 585.75 | 292,610.31 |

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Joseph T. Small | Of Counsel | 1975 | 2007 | 675.00 | 600.00 | 620.25 | 372,150.00 | 563.97 | 620.25 | 349,802.64 |
| | | | 2008 | 720.00 | 650.00 | 491.00 | 319,150.00 | 670.53 | 491.00 | 329,227.84 |
| | | | 2009 | 760.00 | 710.00 | 232.50 | 165,075.00 | 693.39 | 232.50 | 161,212.68 |
| | | | 2010 | 800.00 | 750.00 | 227.50 | 170,625.00 | 750.00 | 227.50 | 170,625.00 |
| | | | 2011 | 860.00 | 800.00 | 50.60 | 40,480.00 | 677.35 | 50.60 | 34,273.94 |
| | | | 2012 | 885.00 | 860.00 | 71.80 | 61,748.00 | 169.72 | 67.90 | 11,524.00 |
| Joseph T. Small Total | | | | 700.19 | 636.11 | 2,296.15 | 1,460,603.00 | 592.12 | 2,292.25 | 1,357,295.36 |
| Washington Temporary Washing | Paralegal | | 2006 | 150.00 | 150.00 | 757.50 | 113,625.00 | 141.57 | 757.50 | 107,240.81 |
| | | | 2007 | 150.00 | 150.00 | 403.00 | 60,450.00 | 142.15 | 403.00 | 57,285.48 |
| ton Temporary Washington Temporary Total | | | | 150.00 | 150.00 | 1,160.50 | 174,075.00 | 141.77 | 1,160.50 | 164,526.29 |
| Pamela Jean Jackson | Sr Paralegal | | 2008 | 195.00 | 195.00 | 883.25 | 172,233.75 | 173.55 | 789.29 | 136,981.12 |
| | | | 2009 | 205.00 | 205.00 | 272.00 | 55,760.00 | 195.22 | 272.00 | 53,099.25 |
| Pamela Jean Jackson Total | | | | 197.35 | 197.35 | 1,155.25 | 227,993.75 | 179.10 | 1,061.29 | 190,080.37 |
| Sarah Elizabeth Warlick | Associate | 2004 | 2006 | 265.00 | 265.00 | 470.25 | 124,616.25 | 239.55 | 470.25 | 112,648.31 |
| | | | 2007 | 325.00 | 275.00 | 559.00 | 153,725.00 | 254.61 | 545.75 | 138,955.74 |
| | | | 2008 | 365.00 | 275.00 | 8.25 | 2,268.75 | 290.39 | 1.50 | 435.59 |
| Sarah Elizabeth Warlick Total | | | | 298.12 | 270.47 | 1,037.50 | 280,610.00 | 247.70 | 1,017.50 | 252,039.64 |
| Andre Timothy Hanson | Sr Counsel | 1995 | 2008 | 460.00 | 460.00 | 617.25 | 283,935.00 | 450.93 | 547.25 | 246,771.63 |
| | | | 2009 | 485.00 | 485.00 | 458.25 | 222,251.25 | 461.86 | 458.25 | 211,645.77 |
| Andre Timothy Hanson Total | | | | 470.65 | 470.65 | 1,075.50 | 506,186.25 | 455.91 | 1,005.50 | 458,417.40 |
| Chad Allen Thompson | Summ Associat | | 2006 | 150.00 | 150.00 | 677.00 | 101,550.00 | 136.68 | 677.00 | 92,532.62 |
| | | | 2007 | 175.00 | 175.00 | 247.50 | 43,312.50 | 165.84 | 247.50 | 41,045.14 |

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Chad Allen Thompson Total | | | | 156.69 | 156.69 | 924.50 | 144,862.50 | 144.49 | 924.50 | 133,577.76 |
| Mary Fritz | Spcl Consultant | 1987 | 2008 | 475.00 | 475.00 | 469.25 | 222,893.75 | 460.61 | 418.00 | 192,536.15 |
| | | | 2009 | 500.00 | 500.00 | 390.00 | 195,000.00 | 476.14 | 390.00 | 185,694.90 |
| Mary Fritz Total | | | | 486.35 | 486.35 | 859.25 | 417,893.75 | 468.11 | 808.00 | 378,231.05 |
| Joseph Edward Hartman | Sr Associate | 1999 | 2006 | 380.00 | 325.00 | 607.75 | 197,518.75 | 300.36 | 607.75 | 182,544.84 |
| | | | 2007 | 435.00 | 350.00 | 149.50 | 52,325.00 | 331.61 | 147.75 | 48,995.94 |
| Joseph Edward Hartman Total | | | | 390.86 | 329.94 | 757.25 | 249,843.75 | 306.47 | 755.50 | 231,540.78 |
| Ashley Elizabeth Seuell | Sr Associate | 2003 | 2006 | 295.00 | 295.00 | 477.75 | 140,936.25 | 267.92 | 477.75 | 127,998.82 |
| | | | 2007 | 350.00 | 305.00 | 0.25 | 76.25 | 278.04 | 0.25 | 69.51 |
| | | | 2009 | 425.00 | 390.00 | 158.50 | 61,815.00 | 371.39 | 158.50 | 58,865.29 |
| | | | 2010 | 445.00 | 420.00 | 46.50 | 19,530.00 | 420.00 | 46.50 | 19,530.00 |
| Ashley Elizabeth Seuell Total | | | | 335.40 | 325.56 | 683.00 | 222,357.50 | 302.29 | 683.00 | 206,463.62 |
| Rebecca Eileen Bazan | Associate | 2009 | 2008 | 180.00 | 180.00 | 81.25 | 14,625.00 | | | |
| | | | 2010 | 230.00 | 230.00 | 125.00 | 28,750.00 | 230.00 | 125.00 | 28,750.00 |
| | | | 2011 | 230.00 | 230.00 | 20.20 | 4,646.00 | 230.00 | 20.20 | 4,646.00 |
| | | | 2012 | 285.00 | 285.00 | 496.70 | 141,559.50 | 285.00 | 496.70 | 141,559.50 |
| | | | 2013 | 340.00 | 340.00 | 3.60 | 1,224.00 | 340.00 | 3.60 | 1,224.00 |
| Rebecca Eileen Bazan Total | | | | 301.86 | 262.54 | 726.75 | 190,804.50 | 272.93 | 645.50 | 176,179.50 |
| Patrick Denis Fuller | Paralegal | | 2008 | 195.00 | 195.00 | 706.00 | 137,670.00 | 193.38 | 595.75 | 115,203.40 |
| | | | 2009 | 205.00 | 205.00 | 670.75 | 137,503.75 | | | |
| Patrick Denis Fuller Total | | | | 199.87 | 199.87 | 1,376.75 | 275,173.75 | 193.38 | 595.75 | 115,203.40 |
| Julie Aileen Hardin | Partner | 1999 | 2008 | 430.00 | 430.00 | 244.75 | 105,242.50 | 430.00 | 244.75 | 105,242.49 |

Page 4 of 6

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Julie Alleen Hardin | Partner | 1999 | 2009 | 485.00 | 485.00 | 226.25 | 109,731.25 | 475.56 | 226.25 | 107,596.28 |
| Julie Alleen Hardin Total | | | | 456.42 | 456.42 | 471.00 | 214,973.75 | 451.89 | 471.00 | 212,838.77 |
| Shameka L. Gainey | Associate | 2004 | 2006 | 265.00 | 265.00 | 246.00 | 65,190.00 | 233.69 | 246.00 | 57,488.36 |
| | | | 2007 | 325.00 | 275.00 | 132.50 | 36,437.50 | 257.84 | 132.50 | 34,163.30 |
| | | | 2008 | 365.00 | 300.00 | 142.25 | 42,675.00 | 300.00 | 68.50 | 20,550.00 |
| Shameka L. Gainey Total | | | | 307.58 | 277.11 | 520.75 | 144,302.50 | 251.01 | 447.00 | 112,201.66 |
| Mark Thomas Emery | Sr Associate | 2005 | 2010 | 390.00 | 390.00 | 18.00 | 7,020.00 | 390.00 | 18.00 | 7,020.00 |
| | | | 2011 | 430.00 | 390.00 | 344.35 | 134,296.50 | 389.93 | 344.35 | 134,273.46 |
| Mark Thomas Emery Total | | | | 428.01 | 390.00 | 362.35 | 141,316.50 | 389.94 | 362.35 | 141,293.46 |
| Joel C. Simon | Associate | 2004 | 2008 | 325.00 | 325.00 | 285.25 | 92,706.25 | 325.00 | 252.25 | 81,981.25 |
| | | | 2009 | 375.00 | 375.00 | 18.75 | 7,031.25 | 357.11 | 18.75 | 6,695.75 |
| Joel C. Simon Total | | | | 328.08 | 328.08 | 304.00 | 99,737.50 | 327.22 | 271.00 | 88,677.00 |
| Heather Ann Nearhoof | Prac Support | | 2006 | 160.00 | 160.00 | 200.00 | 32,000.00 | 143.36 | 200.00 | 28,672.27 |
| | | | 2007 | 225.00 | 225.00 | 8.00 | 1,800.00 | 203.95 | 8.00 | 1,631.61 |
| | | | 2008 | 250.00 | 250.00 | 17.50 | 4,375.00 | 178.07 | 14.50 | 2,582.00 |
| Heather Ann Nearhoof Total | | | | 169.29 | 169.29 | 225.50 | 38,175.00 | 147.80 | 222.50 | 32,885.88 |
| Jonathan S. Franklin | Partner | 1990 | 2010 | 740.00 | 705.00 | 17.00 | 11,985.00 | 705.00 | 17.00 | 11,985.00 |
| | | | 2011 | 775.00 | 740.00 | 197.15 | 145,891.00 | 737.48 | 197.15 | 145,394.80 |
| Jonathan S. Franklin Total | | | | 772.22 | 737.22 | 214.15 | 157,876.00 | 734.90 | 214.15 | 157,379.80 |
| Kristin Lee McGovern | Sr Associate | 2000 | 2006 | 365.00 | 365.00 | 183.25 | 66,886.25 | 319.14 | 183.25 | 58,482.20 |
| | | | 2009 | 500.00 | 500.00 | 32.00 | 16,000.00 | | | |
| Kristin Lee McGovern Total | | | | 385.07 | 385.07 | 215.25 | 82,886.25 | 319.14 | 183.25 | 58,482.20 |

**Timekeepers With More Than 100 Hours Billed**
**Standard, Matter and Billed Rates by Year: 2005 through 2013**
*Sorted by Billed Hours Descending Order*

| Timekeeper Name | Current Title | Class Yr | Year Worked | Standard Rate | Worked Rate | Work Hours | Work Amount | Billed Rate | Bill Hours | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| John Casey Batchelor | Associate | 2008 | 2007 | 175.00 | 175.00 | 142.50 | 24,937.50 | 159.53 | 133.25 | 21,257.60 |
|  |  |  | 2008 | 195.00 | 195.00 | 169.25 | 33,003.75 |  |  |  |
| John Casey Batchelor Total |  |  |  | 185.86 | 185.86 | 311.75 | 57,941.25 | 159.53 | 133.25 | 21,257.60 |
| Tillman James Breckenridge | Sr Associate | 2001 | 2008 | 440.00 | 440.00 | 128.00 | 56,320.00 | 315.17 | 128.00 | 40,341.86 |
|  |  |  | 2009 | 475.00 | 475.00 | 5.75 | 2,731.25 |  |  |  |
| Tillman James Breckenridge Total |  |  |  | 441.50 | 441.50 | 133.75 | 59,051.25 | 315.17 | 128.00 | 40,341.86 |
| Jesse Maughan Coleman | Sr Associate | 2007 | 2006 | 165.00 | 165.00 | 20.50 | 3,382.50 | 155.62 | 20.50 | 3,190.20 |
|  |  |  | 2007 | 160.00 | 160.00 | 97.50 | 15,600.00 | 151.62 | 97.50 | 14,783.35 |
| Jesse Maughan Coleman Total |  |  |  | 160.87 | 160.87 | 118.00 | 18,982.50 | 152.32 | 118.00 | 17,973.55 |
| Mark L. Jensen | Associate | 2007 | 2006 | 165.00 | 165.00 | 32.00 | 5,280.00 | 150.19 | 32.00 | 4,805.98 |
|  |  |  | 2007 | 200.00 | 200.00 | 26.00 | 5,200.00 | 182.32 | 26.00 | 4,740.37 |
|  |  |  | 2008 | 255.00 | 255.00 | 53.75 | 13,706.25 | 181.63 | 53.75 | 9,762.56 |
| Mark L. Jensen Total |  |  |  | 216.43 | 216.43 | 111.75 | 24,186.25 | 172.79 | 111.75 | 19,308.91 |
| Rena S. Scheinkman | Sr Associate | 2003 | 2006 | 295.00 | 295.00 | 89.75 | 26,476.25 | 256.86 | 89.75 | 23,052.94 |
|  |  |  | 2008 | 390.00 | 390.00 | 19.50 | 7,605.00 | 390.00 | 19.50 | 7,605.00 |
| Rena S. Scheinkman Total |  |  |  | 311.96 | 311.96 | 109.25 | 34,081.25 | 280.62 | 109.25 | 30,657.94 |
| Tracy Nicole Stewart DeMarco | Associate | 2009 | 2010 | 230.00 | 230.00 | 103.25 | 23,747.50 | 230.00 | 103.25 | 23,747.50 |
| Tracy Nicole Stewart DeMarco Total |  |  |  | 230.00 | 230.00 | 103.25 | 23,747.50 | 230.00 | 103.25 | 23,747.50 |
| **Grand Total** |  |  |  | 472.27 | 436.61 | 47,176.45 | 20,597,534.25 | 427.00 | 45,244.84 | 19,319,625.21 |

## Lodestar Calculation for Covington Timekeepers with 10 or More Billed Hours on the ESA Case
"Current Timekeepers:" Timekeepers with actual rates for 2013
"Former Timekeepers:" Timekeepers no longer with the firm who have no 2013 rates

| Current Timekeepers | | | | | | | |
|---|---|---|---|---|---|---|---|
| Timekeeper Name | Title | Employment Status | Hours Billed & Collected | Hours Excluded | Billed & Collected Hours Net of Exclusions | Current (2013) Rate | Value of Net Billed & Collected Hours at Current Rate |
| Gulland, Eugene D. | Senior Counsel | Current | 756.00 | 47.99 | 708.01 | $915.00 | $647,829.15 |
| Perron, Jeannie M. | Partner | Current | 699.75 | 78.16 | 621.59 | $670.00 | $416,465.30 |
| Strosnider, Kimberly A. | Partner | Current | 209.50 | 0.00 | 209.50 | $715.00 | $149,792.50 |
| Krvaric, Silvio A. | Sr. Staff Atty | Current | 118.50 | 0.30 | 118.20 | $240.00 | $28,368.00 |
| Schulder, Elliott | Of Counsel | Current | 39.75 | 0.00 | 39.75 | $670.00 | $26,632.50 |
| Johnson, Patricia D. | Paralegal | Current | 14.00 | 0.00 | 14.00 | $275.00 | $3,850.00 |
| Total for Current Employees | | | 1,837.50 | 126.45 | 1,711.05 | | $1,272,937.45 |

| Former Timekeepers | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Timekeeper Name | Title | Separation Date | Hours Billed & Collected | Hours Excluded | Billed & Collected Hours Net of Exclusions | Fees Billed & Collected | Billed Value of Excluded Amounts | Billed & Collected Hours Net of Exclusions |
| Wolson, Joshua | Associate | 08/08/08 | 1298.25 | 63.58 | 1234.67 | $424,245.96 | $23,582.73 | $400,663.24 |
| Dalton, Maura A. | Associate | 12/02/05 | 757.00 | 67.43 | 689.57 | $213,934.87 | $20,624.79 | $193,310.08 |
| Burton, Margaret R. | Paralegal | 07/14/06 | 1315.75 | 180.09 | 1135.67 | $203,189.50 | $28,576.09 | $174,613.41 |
| Weinstein, Harris | Ret. Partner | 2011 | 178.00 | 27.75 | 150.25 | $89,455.62 | $14,523.75 | $74,931.87 |
| Newsom, Kevin C. | Associate | 12/12/03 | 176.00 | 0.00 | 176.00 | $47,780.00 | $0.00 | $47,780.00 |
| McIntosh, David G. | Associate | 05/02/01 | 183.50 | 0.00 | 183.50 | $38,246.25 | $0.00 | $38,246.25 |
| Oakes, Brenda Y. | Staff Attorney | 12/01/09 | 139.75 | 0.00 | 139.75 | $25,888.69 | $0.00 | $25,888.69 |
| Crosby, Elizabeth M. | Paralegal | 07/20/04 | 150.00 | 3.50 | 146.50 | $24,000.00 | $560.00 | $23,440.00 |
| Levy, Andrew D. | Associate | 09/30/02 | 133.25 | 0.50 | 132.75 | $23,727.50 | $308.09 | $23,419.42 |
| Poljak, Jadranka | Paralegal | 05/24/07 | 82.00 | 17.50 | 64.50 | $13,620.31 | $2,909.38 | $10,710.94 |
| Long, Catherine E. | Associate | 11/28/03 | 36.50 | 0.00 | 36.50 | $8,760.00 | $0.00 | $8,760.00 |
| Kaluza, Kristina H. | Paralegal | 06/29/06 | 37.25 | 5.00 | 32.25 | $6,192.81 | $831.25 | $5,361.56 |
| Winbush, Carla C. Holmes | Paralegal Spec. | 07/27/09 | 33.00 | 0.00 | 33.00 | $2,208.75 | $0.00 | $2,208.75 |
| Siegele, Bradford J. | Paralegal | 07/06/01 | 36.00 | 3.13 | 32.88 | $4,006.25 | $390.63 | $3,615.63 |
| Spangler, Allison | Paralegal | 08/18/06 | 15.00 | 0.00 | 15.00 | $2,520.00 | $0.00 | $2,520.00 |
| Total for Former Employees | | | 4571.25 | 368.47 | 4202.78 | $1,127,776.51 | $92,306.69 | $1,035,469.82 |

| Total Hours Billed and Collected Net of Exclusions | 5913.83 |
|---|---|

| Total Lodestar Amount Claimed (Covington & Burling LLP) | $2,308,407.27 |
|---|---|

Exhibit 5