## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>in his official capacity as<br>ATTORNEY GENERAL OF THE<br>UNITED STATES, et al.,<br><br>    Defendants. | Civil Action No. 1:10-cv-00651-JDB |

## ORDER

Upon consideration of Plaintiff's Motion for Attorney's Fees, the papers supporting and opposing that Motion, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for Attorney's Fees is **GRANTED**, and that Defendant and Defendant-Intervenors shall pay Plaintiff attorney's fees in the amount of $2,000,000 and costs in the amount of $10,000.

**SO ORDERED**.

                    _____
                    The Honorable John D. Bates
                    United States District Judge