IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA,<br><br>    Plaintiff<br><br>  v.<br><br>ERIC H. HOLDER, Jr.,<br>in his official capacity as<br>Attorney General of the<br>United States,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:10-cv-00651-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CORRECTED OPPOSITION TO SHELBY COUNTY'S MOTION FOR ATTORNEY'S FEES UNDER SECTION 1973*l*(e)**

Defendant Eric Holder, Attorney General of the United States, hereby gives notice of the filing of his Corrected Opposition to Shelby County's Motion for Attorney's Fees Under Section 1973*l*(e), attached hereto as **Attachment 1**. The Corrected Opposition includes a table of contents and addresses typographical, citation, and other non-substantive errors in the Opposition filed on Friday, December 6, 2013.

2

| | |
|---|---|
| Date:  December 9, 2011 | Respectfully submitted, |

RONALD C. MACHEN, JR.  
 United States Attorney  
 District of Columbia

JOCELYN SAMUELS  
 Acting Assistant Attorney General

_____  
T. CHRISTIAN HERREN, JR.  
RICHARD DELLHEIM  
AVNER SHAPIRO  
ERNEST A. McFARLAND  

Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
NWB-Room 7264  
Washington, D.C. 20530  
Telephone: (202) 305-1840  
Facsimile: (202) 307-3961  

*Attorneys for Eric Holder, Attorney General of the United States*