# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELBY COUNTY, ALABAMA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**ERIC H. HOLDER, Jr.**, in his official capacity as Attorney General of the United States,<br><br>　　Defendant,<br><br>**EARL CUNNINGHAM, et al.,**<br><br>　　Defendant-Intervenors. | Civil Action No. 10-651 (JDB) |

## ORDER

Upon consideration of [94] plaintiff's motion for attorney's fees, the parties' memoranda, the motions hearing held on February 14, 2014, applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [94] plaintiff's motion for attorney's fees is **DENIED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge

Dated:  May 28, 2014