# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5138                                                         September Term, 2015
                                                                    FILED ON: SEPTEMBER 1, 2015

SHELBY COUNTY, ALABAMA,
                    APPELLANT

v.

LORETTA E. LYNCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,
                    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:10-cv-00651)

Before: TATEL and GRIFFITH, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of Shelby County's application for attorneys' fees be affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Ken Meadows
      Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By [signature] Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/26/2015
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
           __ Opinion
           __ Order on Costs

Date: September 1, 2015

Opinion for the Court Filed by Circuit Judge Griffith.
Concurring opinion filed by Circuit Judge Tatel.
Opinion concurring in the judgment filed by Senior Circuit Judge Silberman.